UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| STEPHANIE ROSE NELSON, | 4:22-CV-04011-VLD |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| CAROLYN COLVIN, Acting Commissioner of Social Security,[1] | |
| Defendant. | |

Upon consideration of Plaintiff's petition for attorney's fees under 42 U.S.C. § 406(b), and Defendant's response, it is

ORDERED that Steven R. Pfeiffer, Esquire is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the gross amount of $17,370.25 (or 25% of Plaintiff's past-due benefits, whichever is less). Counsel may retain the $7,831.50 in fees previously awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, in partial satisfaction of the § 406(b) award. This leaves a net amount of $9,538.75 due to counsel.

DATED this 17th day of December 2024.

BY THE COURT:

_____
VERONICA L. DUFFY
United States Magistrate Judge

---

[1] Carolyn Colvin became the Acting Commissioner of Social Security on November 30, 2024. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn Colvin should be substituted for Martin O'Malley as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).